United States Courts
Southern District of Texas
FILED
July 08, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XU ZEWEI, ET AL. | Case No. **4:23-cr-523** |

## MOTION TO UNSEAL INDICTMENT AND SUPPORTING DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through its United States Attorney, Nicholas Ganjei, and S. Mark McIntyre, Assistant United States Attorney for the Southern District of Texas, respectfully requests the Court to unseal the Indictment and supporting documents in the above-captioned case. On July 3, 2025, defendant XU ZEWEI was arrested in Milan, Italy; therefore, the purpose for sealing no longer exists and there is no longer a need for these documents to remain under seal.

Respectfully submitted,

Nicholas Ganjei
United States Attorney

By: _____
S. Mark McIntyre
Assistant United States Attorney
Southern District of Texas