<div align="center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **4:23-cr-523** |
| v. | |
| XU ZEWEI, ET AL. | |

<div align="center">

## ORDER TO UNSEAL INDICTMENT AND SUPPORTING DOCUMENTS

</div>

On this day came the Government's Motion to Unseal the Indictment and Supporting Documents in the above-captioned case.

IT IS THEREFORE ORDERED that the Indictment and all other supporting documents are unsealed.

SIGNED at Houston, Texas, on this _____ day of July 2025.

<div style="margin-left: 50%;">

_____
HONORABLE ALFRED BENNETT
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS

</div>