United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

XU ZEWEI, ET AL.

Case No. **4:23-cr-523**

## ORDER TO UNSEAL INDICTMENT AND SUPPORTING DOCUMENTS

On this day came the Government's Motion to Unseal the Indictment and Supporting Documents in the above-captioned case.

IT IS THEREFORE ORDERED that the Indictment and all other supporting documents are unsealed.

Signed on July 8, 2025, at Houston, Texas.

Peter Bray
United States Magistrate Judge