**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**XU ZEWEI** | **CRIMINAL NO.: 4:23-cr-523** |

## GOVERNMENT'S OPPOSITION TO MOTION FOR RETURN OF PROPERTY

The United States of America, by and through Aaron Reitz, United States Attorney for the Southern District of Texas, Assistant United States Attorneys S. Mark McIntyre and Craig Feazel, and National Security Division, National Security Cyber Section Deputy Chief Matthew Anzaldi, respectfully files this opposition to defendant Xu Zewei's motion for return of an Apple iPhone (Dkt. No. 41). Italian authorities seized the iPhone from the defendant at the time of his arrest and surrendered the iPhone to the United States in April 2026 when it extradited him to the United States. Because the iPhone was lawfully seized by Italian authorities and the United States plans to seek a warrant to search it for evidence, the Court should deny the defendant's motion.

## FACTUAL BACKGROUND

On July 3, 2025, Italian authorities arrested the defendant at the request of the United States. Pursuant to Article XVIII of the extradition treaty between the United States and Italy, Italian authorities seized the iPhone for surrender to the United States. On April 25, 2026, Italian authorities surrendered the defendant for extradition, as well as the iPhone they had seized at the time of the arrest.

Italian authorities likely locked and powered off the iPhone at the time of the defendant's arrest. It was locked and powered off at the time it was received by the United States, and it has

remained locked and powered off. Although the United States may already have the technical ability to conduct a search of an iPhone that has been locked and powered off for more than a year, on September 30, 2026, it asked counsel for the defendant if the defendant would provide the passcode to unlock the iPhone. Defense counsel did not agree to provide the passcode. The following day, the defendant filed this motion for return of the iPhone.

## ARGUMENT

Rule 41(g) provides that "a person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." This rule, for example, allows an aggrieved person to move for seized property's return after criminal proceedings have been concluded. See Fishbein v. United States, 2023 WL 7125254 at *2 (N.D.T.X. October 30, 2023). However, if the United States has a need for the property in an investigation or prosecution, its retention of the property generally is reasonable. See Akin v. United States, 2020 WL 1907856 at*2 (N.D.T.X. March 24, 2020), and Fed. R. Crim. P. 41 advisory committee's note (1989 Amendments). The Court should deny a Rule 41(g) motion if "the property is contraband … or the government's need for the property as evidence continues." Id. (quoting Jackson v. United States, 526 F.3d 394, 397 (8th Cir. 2008).

In this case, the criminal proceedings are ongoing, the United States needs the property for its investigation and prosecution, and retention of the property is reasonable. The iPhone was lawfully seized by Italian authorities, and the United States plans to seek a warrant to search it for evidence.

For these reasons, the United States respectfully requests that the Court deny the motion.

Respectfully submitted,

**AARON REITZ**
UNITED STATES ATTORNEY

BY: */s/* S. Mark McIntyre
S. MARK MCINTYRE
CRAIG FEAZEL
ASSISTANT U.S. ATTORNEYS

**JOHN A. EISENBERG**
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

BY: /s/ Matthew A. Anzaldi
MATTHEW A. ANZALDI
DEPUTY CHIEF, NATIONAL SECURITY
CYBER DIVISION

## CERTIFICATE OF SERVICE

I certify that on October 9, 2026, I electronically filed the foregoing motion with the clerk of the court using the ECF/CM system for filing and service on all counsel of record.

*/s/ S. Mark McIntyre*
S. Mark McIntyre
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**XU ZEWEI** | **CRIMINAL NO.: 4:23-cr-523** |

**ORDER**

On this day, the Court considered the Defendant's Motion for Return of Property (Dkt. No. 41). After considering the defendant's Motion, the Government's response, and the arguments of counsel, the Motion is hereby DENIED.

SO ORDERED on _______________________, in Houston, Texas.

__________________________________
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE